**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 26-cv-60451-MIDDLEBROOKS

ROBERTO PESTANA CEPERO,

     Petitioner,

v.

MITCHELL DIAZ, et al.,

     Defendants.

_____/

### ORDER ADOPTING REPORT OF MAGISTRATE JUDGE

THIS CAUSE comes before the Court on Magistrate Judge Augustin-Birch's Report and Recommendations ("Report"), issued on March 12, 2026. (DE 8). The Report recommends granting Petitioner Roberto Pestana Cepero's petition for habeas corpus relief pursuant to 28 U.S.C. § 2241. (*Id.*). Respondent filed objections to the Report on March 18, 2026. (DE 9).

I have conducted a *de novo* review of the Report, the briefing on objections, applicable law, and the record as a whole. Upon review, I agree with Magistrate Judge Augustin-Birch's conclusion that Mr. Cepero's Petition should be granted. Accordingly, it is **ORDERED AND ADJUDGED** that:

(1) Respondent's Objections to the Magistrate's Report (DE 9) are **OVERRULED**.

(2) Magistrate Judge Augustin-Birch's Report (DE 8) is hereby **ADOPTED**.

(3) Petitioner's Petition for Habeas Corpus pursuant to 28 U.S.C. § 2241 (DE 1) is **GRANTED**, as set forth in the Report. Accordingly, Respondent shall either afford Petitioner a prompt, individualized bond hearing before an immigration judge or release Petitioner.

(4) The Clerk of Court shall **CLOSE THIS CASE** and deny any other pending motions as

**MOOT**.

**SIGNED** in Chambers at West Palm Beach, Florida, this 19 day of March, 2026.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to: Counsel of Record